IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01715-RM-BNB | Date: | February 18, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| **DOUGLAS BAILEY,** | *Diane Vaksdal Smith* |
| | *Joseph C. Cohen, Jr.* |
| **Plaintiff,** | |
| v. | |
| **CITY OF ENGLEWOOD,** | *Holly Eileen Ortiz* |
| | *Michael Brent Case* |
| **Defendant.** | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

Court in Session: 1:30 p.m.

Appearance of counsel.

Argument held regarding Defendant's Motion to Dismiss for Failure to Prosecute [42].

Discussion held regarding the deadline for Plaintiff's responses to discovery requests.

For the reasons as stated on the record it is:

**ORDERED:** Motion to Dismiss for Failure to Prosecute [42] is DENIED.

**ORDERED:** The Court compels discovery from Plaintiff on or before **March 4, 2014.**

Discussion regarding Plaintiff filing an amended complaint. Plaintiff to amend complaint through motion.

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

Defendant moves orally for sanction of attorney's fees and expenses. The motion is denied.

Parties are to confer and propose an amended scheduling order.

Court in Recess        1:50 p.m.        Hearing concluded.    Total time in Court:    00:20