IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01715-RM-BNB

DOUGLAS BAILEY,

Plaintiff,

v.

CITY OF ENGLEWOOD,

Defendant.

---

# ORDER

---

The parties appeared this afternoon for a status conference. For the reasons stated on the record during the status conference:

IT IS ORDERED:

(1) Pursuant to Fed. R. Civ. P. 37, the plaintiff is ordered to respond to the defendant's First Set of Interrogatories and Requests for Production of Documents on or before March 4, 2014; and

(2) Defendant's **Motion to Dismiss for Failure to Prosecute** [Doc. # 42, filed 1/15/2014] is DENIED.

Dated February 18, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge