IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action:     13-cv-01715-RM-BNB          Date:   April 2, 2014
Courtroom Deputy:   Brandy Simmons             FTR:   BNB COURTROOM A-401

| *Parties* | *Attorney(s)* |
|---|---|
| **DOUGLAS BAILEY,** | *Diane Vaksdal Smith* |
| | *Joseph C. Cohen, Jr.* |
| | *Michael Redding* |
| **Plaintiff,** | |
| v. | |
| **CITY OF ENGLEWOOD,** | *Holly Eileen Ortiz* |
| | *Michael Brent Case* |
| **Defendant.** | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:  1:59 p.m.

Appearance of counsel.

Discussion held regarding Plaintiff's Partly Contested Motion to Amend Scheduling Order [55].

Plaintiff shall supplement the scheduling order with a good faith estimate of economic damages on or before April 14, 2014.

For the reasons as stated on the record it is:

**ORDERED: Plaintiff's Partly Contested Motion to Amend Scheduling Order [55] is
        GRANTED IN PART AND DENIED IN PART.**

Discovery cut-off: August 29, 2014.

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

Dispositive motion deadline: September 29, 2014.

Parties shall designate all experts no later than: June 15, 2014.

Parties shall designate all rebuttal experts no later than: July 3, 2014.

The request to split plaintiff's deposition over two days is denied.

A final proposed pretrial order is due November 28, 2014.  A Final Pretrial Conference will be held in this case on December 4, 2014, at 9:00 a.m. in Courtroom A-401 before Judge Boyd N. Boland

Court in Recess        2:15 p.m.        Hearing concluded.      Total time in Court:    00:16