IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01715-RM-BNB

DOUGLAS BAILEY,

Plaintiff,

v.

CITY OF ENGLEWOOD,

Defendant.

_____

# ORDER
_____

This matter arises on **Plaintiff's Motion to Amend Scheduling Order** [Doc. # 55, filed 3/6/2014] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

The Motion seeks relief in two forms. First, the plaintiff requests that the case schedule be extended. Second, the plaintiff requests an order that his deposition occur in two half-day sessions.

IT IS ORDERED that the Motion [Doc. # 55] is GRANTED IN PART and DENIED IN PART as follows:

- GRANTED to modify the case schedule to the following extent:

    Deadline for plaintiff to provide
       damage estimate:                         April 14, 2014

    Discovery Cut-Off:                          August 29, 2014

    (All discovery must be completed by the discovery cut-off. All
    written discovery must be served so that responses are due on or
    before the discovery cut-off.)

      Dispositive Motions Deadline:          September 29, 2014

Expert Disclosures:  Each side may designate no more than four specially retained experts.

(a)      The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 15, 2014.

(b)      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 3, 2014.

Final Pretrial Conference:  A final pretrial conference will be held in this case on December 4, 2014, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than November 28, 2014; and

• DENIED in all other respects.

Dated April 2, 2014.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge