**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-01715-RM-BNB

DOUGLAS BAILEY,

    Plaintiff,

v.

CITY OF ENGLEWOOD,

    Defendant.

_____

**ORDER DENYING
MOTION TO DISMISS AMENDED COMPLAINT AS MOOT (ECF NO. 21)**
_____

    THIS MATTER is before the Court *sua sponte*. Upon consideration of the Plaintiff's Second Amended Complaint (ECF No. 27) and Defendant City of Englewood's corresponding Answer (ECF No. 30), the Court finds Defendant City of Englewood and former defendant Michael Pattarozzi's Motion to Dismiss Amended Complaint (ECF No. 21) is moot. It is therefore

    ORDERED that the Motion to Dismiss Amended Complaint (ECF No. 21) is hereby DENIED as moot.

    DATED this 15th day of April, 2014.

                                          BY THE COURT:

                                          RAYMOND P. MOORE
                                          United States District Judge