IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01715-RM-BNB | Date: | May 8, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| **DOUGLAS BAILEY,** | *Diane Vaksdal Smith* |
| | *Joseph C. Cohen, Jr.* |
| | *Michael Reding* |
| **Plaintiff,** | |
| v. | |
| **CITY OF ENGLEWOOD,** | *Holly Eileen Ortiz* |
| **Defendant.** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  1:28 p.m.

Appearance of counsel.

Argument held on Plaintiff's Contested Motion to Amend Second Amended Complaint [62] and Defendant's Motion for Sanctions [65].

For the reasons stated on the record it is:

**ORDERED: Plaintiff's Contested Motion to Amend Second Amended Complaint [62] is TAKEN UNDER ADVISEMENT.**

**ORDERED: Defendant's Motion for Sanctions [65] is GRANTED IN PART and DENIED IN PART.**

Court in Recess     2:23 p.m.     Hearing concluded.     Total time in Court:     00:55

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119