IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01715-RM-BNB

DOUGLAS BAILEY,

Plaintiff,

v.

CITY OF ENGLEWOOD,

Defendant.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

The defendant reports that the plaintiff has paid the full amount of attorneys fees claimed in defendant's **Motion for Fees** [Doc. # 74, filed 5/22/2014] rendering the motion moot.

IT IS ORDERED that the Motion for Fees [Doc. # 74] is DENIED as moot.

DATED:  June 16, 2014