IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 13‒cv‒01715‒RM-BNB

DOUGLAS BAILEY,

    Plaintiff,

v.

CITY OF ENGLEWOOD,

    Defendant.

_____

**ORDER RE
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF No. 81)**
_____

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge ("Recommendation") (ECF No. 81) to deny Plaintiff's Contested Motion to Amend Second Amended Complaint (ECF No. 62) due to his undue delay in asserting the proposed additional claims.  The Recommendation is incorporated herein by this reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Magistrate Judge advised the parties they had fourteen days after the service of a copy of the Recommendation to serve and file written objections to the Recommendation.  The time permitted for any objections has expired and no objections to the Recommendation have been filed.

The Court has reviewed the Recommendation, Plaintiff's Motion, and relevant portions of the Court's file, and concludes the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) Advisory Committee's Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). It is therefore ORDERED as follows:

1. The Magistrate Judge's Recommendation (ECF No. 81) is ACCEPTED and ADOPTED in its entirety; and

2. Plaintiff's Contested Motion to Amend Second Amended Complaint (ECF No. 62) is DENIED.

DATED this 11th day of July, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge