IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01715-RM-BNB

DOUGLAS BAILEY,

Plaintiff,

v.

CITY OF ENGLEWOOD,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 87, filed August 14, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The discovery cut-off is extended to and including **September 12, 2014**, and the dispositive motions deadline is extended to and including **October 14, 2014** (October 13, 2014 is a Court holiday).

DATED:  August 20, 2014