IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01715-RM-BNB

DOUGLAS BAILEY,

Plaintiff,

v.

CITY OF ENGLEWOOD,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the plaintiff shall submit, on or before August 27, 2014, the documents identified in its Motion for Protective Order [Doc. # 83], in hard copy form and delivered directly to my Chambers, for *in camera* review.

DATED:  August 22, 2014