IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No: 13-CV-01715-RM-BNB

DOUGLAS BAILEY,

    Plaintiff,

v.

CITY OF ENGLEWOOD,

    Defendant.

---

**ORDER RE: MOTION TO AMEND FINAL PRETRIAL ORDER
DATED DECEMBER 4, 2014**

---

Upon consideration of Defendant's Motion to Amend Final Pretrial Order Dated December 4, 2014, it is

ORDERED that the motion is granted. The Final Pretrial Order Dated December 4, 2014 shall be amended to include Joan Weber as a witness who may be present at trial for Defendants.

DATED this 31st day of Dec, 2014.

By the Court:

_____
~~United States District Judge~~
BOYD N. BOLAND
United States Magistrate Judge

S:\Englewood, City of\Bailey, Doug\Bailey v. City, Pattarozzi and Semple\P - 13cv1715\proposed order re mtn amend fpto 141229.doc