## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## Judge Raymond P. Moore

Civil Action No. 13-cv-01715-RM-BNB

DOUGLAS BAILEY,

    Plaintiff,

v.

CITY OF ENGLEWOOD,

    Defendant.

---

## ORDER

---

This matter comes before the Court on the informal request of the Magistrate Judge to conduct a settlement conference in this matter. The parties appeared for a final pretrial conference in December 2014 wherein settlement was discussed and settlement letters have been received. Upon finding good cause, the Court orders that this matter be referred to the Magistrate Judge to conduct a settlement conference in this case.

DATED this 26th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge